SAUCKE BROS. CONSTRUCTION CO., INC., Appellant, v. EDWARD A. COMSTOCK and Others, Respondents.— Judgment affirmed, with costs, on the ground that the contract Exhibit 1 read in its entirety is inconsistent with an intention that the plaintiff and others in like position should have the right to sue upon it, and the findings of fact are not against the weight of the evidence. The conclusions of law contained in findings 29 and 52 are not material to the judgment. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ. [139 Misc. 106.]

JAMES O. SEBRING, Respondent, v. FIDELITY-PHENIX FIRE INSURANCE COMPANY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

JAMES O. SEBRING, Respondent, v. FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY, Appellant — Judgment affirmed, with costs. All concur. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

JAMES O. SEBRING, Respondent, v. THE BALTIMORE-AMERICAN INSURANCE COMPANY OF NEW YORK, Appellant.— Judgment affirmed, with costs. All concur. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

JAMES O. SEBRING, Respondent, v. THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JAMES O. SEBRING, Respondent, v. THE TRAVELERS FIRE INSURANCE COMPANY, HARTFORD, CONNECTICUT, Appellant.— Judgment affirmed, with costs. All concur. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

DONALD CRAW, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

FLORA S. EVARTS, as Administratrix, etc., of GRANT K. EVARTS, Deceased, Respondent, v. S. HOWES COMPANY, INCORPORATED, Appellant.*— Judgment and order reversed on the law and facts, with costs, and complaint dismissed, with costs, on the ground that there was failure to establish negligence on the part of the defendant and on the further ground that there was failure to establish that the alleged negligence resulted in the death of the plaintiff's intestate and on the further ground that the damages were excessive. All concur, except Thompson and Crosby, JJ., who dissent and vote for affirmance. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE COUNTY OF STEUBEN, by Its Board of Supervisors, Respondent, v. JOHN D. THEESE and Others, Defendants, R. T. JONES and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JOHN S. KAZYAK, Appellant, v. CLIFFORD McEVOY, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

CHARLOTTE KAZYAK, Appellant, v. CLIFFORD McEVOY, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

*Affd., 259 N. Y. 619.